**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

COIN CENTER et al

VS                                                CASE NO. 3:22-cv-20375-TKW-ZCB

JANET YELLEN et al

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that Summary Judgment is entered in favor of Defendants. All claims in Plaintiffs' amended complaint are dismissed with prejudice. Plaintiffs shall take nothing from this action and Defendants shall go hence without delay.

                                                            JESSICA J. LYUBLANOVITS
                                                            CLERK OF COURT

 October 30, 2023                                 /s/ *Monica Broussard*
DATE                                                            Deputy Clerk: Monica Broussard