# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

COIN CENTER, ET AL.
*Plaintiff-Appellants*,

v.

SECRETARY, U.S. DEPARTMENT OF TREASURY, et al.
*Defendants-Appellees.*

On Appeal from the United States District Court for the
Northern District of Florida, No. 3:22-cv-20375
(Wetherell, J.)

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Appellant certifies that the following have an interest in the outcome of this appeal:

1. Andreessen Horowitz, *Amicus Curiae*

2. Bank Policy Institute, *Amicus Curiae*

3. Blockchain Association, *Amicus Curiae*

4. Bonta, Christian, *Attorney for Plaintiffs-Appellants*

5. Boynton, Brian M., *Attorney for Defendants-Appellees*

6. Burnham, James, *Attorney for Amici Curiae Blockchain Association & DeFi Education Fund*

7. Coin Center, *Plaintiff-Appellant*

8. Consovoy McCarthy PLLC, *Attorneys for Plaintiffs-Appellants*

9. Coogle, Christine L., *Attorney for Defendants-Appellees*

10. DeFi Education Fund, *Amicus Curiae*

11. Department of Treasury, *Defendant-Appellee*

12. Doe, John, *Plaintiff-Appellant*

13. Elliott, Stephen M., *Attorney for Defendants-Appellees*

14. Evangelista, Alessio, *Attorney for Amicus Curiae Andreessen Horowitz*

15. Gacki, Andrea M., *Defendant-Appellee*

16. Haas, Alexander, *Attorney for Defendants-Appellees*

17. Harris, Jeffrey M., *Attorney for Plaintiffs-Appellants*

18. Healy, Christopher, *Attorney for Defendants-Appellees*

19. Hetzel, Jeffrey S., *Attorney for Plaintiffs-Appellants*

20. Hoffman, David, *Plaintiff-Appellant*

21. Jones Day, *Attorneys for Amici Curiae Blockchain Association & DeFi Education Fund*

22. Kelleher, Diane, *Attorney for Defendants-Appellees*

23. Kinchen, John, *Attorney for Amicus Curiae Bank Policy Institute*

24. Lea, Brian, *Attorney for Amici Curiae Blockchain Association & DeFi Education Fund*

25. Lehotsky Keller Cohn LLP, *Attorneys for Amicus Curiae Paradigm Operations LP*

26. Liu, Jessie K., *Attorney for Amicus Curiae Andreessen Horowitz*

27. Office of Foreign Assets Control, *Defendant-Appellee*

28. Norris, Cameron T., *Attorney for Plaintiffs-Appellants*

29. O'Sullivan, Patrick, *Plaintiff-Appellant*

30. Paradigm Operations LP, *Amicus Curiae*

31. Sasso, Michael, *Attorney for Plaintiffs-Appellants*

32. Sasso & Sasso, P.A., *Attorneys for Plaintiffs-Appellants*

33. Seira, Rodrigo, *Attorney for Amicus Curiae Paradigm Operations LP*

34. Skadden Arps, *Attorney for Amicus Curiae Andreessen Horowitz*

35. Smyser Kaplan & Veselka LLP, *Attorneys for Amicus Curiae Bank Policy Institute*

36. Sutherland, J. Abraham, *Attorney for Plaintiffs-Appellants*

37. Wetherell, T. Kent, *District Court Judge*

38. Yarger, Katherine, *Attorney for Amicus Curiae Paradigm Operations LP*

39. Yellen, Janet, *Defendant-Appellee*

Coin Center has no parent corporation and no corporation owns 10% or more of its stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal. Per Circuit Rule 26.1-2(c), Appellant certifies that the CIP contained in this motion is complete.

Dated: November 15, 2023                         /s/ *Cameron T. Norris*
                                                                     Counsel for Plaintiffs-Appellants

No. 23-13698

(*Coin Center et al. v. Secretary, Department of Treasury et al.*)

## CERTIFICATE OF COMPLIANCE

This certificate complies with the Rules because it is prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: November 15, 2023             /s/ *Cameron T. Norris*

## CERTIFICATE OF SERVICE

I filed this certificate with the Court via ECF, which will email everyone requiring notice.

Dated: November 15, 2023             /s/ *Cameron T. Norris*