Rev. 4/18                    UNITED STATES COURT OF APPEALS
                                  FOR THE ELEVENTH CIRCUIT
                                    **CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*     11th Circuit Docket Number: 23-13698

| Caption: | |
|---|---|
| Coin Center, et al. v. Secretary, Department of Treasury, et al. | District and Division: N.D. Fla., Pensacola Division |
| | Name of Judge: T. Kent Wetherell |
| | Nature of Suit: APA Challenge |
| | Date Complaint Filed: 10/12/22 |
| | District Court Docket Number: 3:22-cv-20375-TKW-ZCB |
| | Date Notice of Appeal Filed: 11/6/23 |
| | ☐ Cross Appeal    ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|   | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: ☑ Plaintiff ☐ Defendant ☐ Other (Specify) | Cameron T. Norris, Jeffrey M. Harris, Jeffrey S. Hetzel, J. Abraham Sutherland | 1600 Wilson Blvd, Suite 700, Arlington, VA 22209 | 703.243.9423, cam@consovoymccarthy.com |
| For Appellee: ☐ Plaintiff ☑ Defendant ☐ Other (Specify) | Christine L. Coogle, Christopher Robert Healy | 1100 L ST NW, WASHINGTON, DC 20005 | 202-880-0282, Christine.N.Coogle@usdoj.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ n/a |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ n/a |
| ☐ US Plaintiff | | ☑ Summary Judgment | |
| ☑ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: $ n/a |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | to _____ |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ TRO |
| | ☐ 54(b) | ☐ Other _____ | ☐ Preliminary ☐ Granted |
| | | | ☐ Permanent ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ✓ Yes ☐ No
What is the issue you claim is one of First Impression? (1)-(4) below

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ✓ Yes ☐ No

If Yes, provide
(a) Case Name/Statute  50 U.S.C. §1702(a)(1)
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ✓ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ✓ Yes ☐ No

If Yes, provide
(a) Case Name  Van Loon v. Treasury
(b) Citation _____
(c) Docket Number if unreported  23-50669
(d) Court or Agency  Fifth Circuit Court of Appeals

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ✓ No
(b) Among circuits? ☐ Yes ✓ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

(1) Whether Defendants' prohibition of the use of a cryptocurrency software tool exceeded their statutory authority.
(2) Whether Defendants' prohibition of the use of a cryptocurrency software tool violated the First Amendment.
(3) Whether Defendants' prohibition of the use of a cryptocurrency software tool was arbitrary and capricious.
(4) Whether Plaintiffs were entitled to submit a declaration to explain the cryptocurrency software tool.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 15th DAY OF November, 2023.

Cameron T. Norris         /s/Cameron T. Norris
NAME OF COUNSEL (Print)        SIGNATURE OF COUNSEL