IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| COIN CENTER, et al.,<br><br>   Appellants,<br><br>   v.<br><br>SECRETARY U.S. DEPARTMENT OF TREASURY, et al.,<br><br>   Appellees. | No. 23-13698 |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Eleventh Circuit Rule 26.1-1(a)(3), counsel for appellees certifies that, in addition to the persons and entities identified in appellants' certificate of interested persons, the following have an interest in the outcome of this appeal:

**Smith, Bradley T.**, Director of the Office of Foreign Assets Control.[1]

---

[1] Mr. Smith has replaced Andrea Gacki—listed on plaintiffs' certificate of interested persons—as Director.

1

                    Respectfully submitted,

                    SHARON SWINGLE

                    /s/ *Brad Hinshelwood*
                    BRAD HINSHELWOOD
                    (202) 514-7823
                       Attorneys, Appellate Staff
                       Civil Division
                       U.S. Department of Justice
                       950 Pennsylvania Ave., N.W.
                       Room 7256
                       Washington, D.C.  20530

DECEMBER 2023

## CERTIFICATE OF COMPLIANCE

This certificate of interested persons was prepared using Microsoft Word 2013 in Garamond, 14-point font, a proportionally-spaced typeface.

/s/ *Brad Hinshelwood*
Brad Hinshelwood