*Coin Center v. Secretary U.S. Department of Treasury*, No. 23-13698

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1(a)(3), counsel for appellees certifies that the following have an interest in the outcome of this appeal:

**Andreessen Horowitz**, Amicus Curiae

**Bank Policy Institute**, Amicus Curiae

**Blockchain Association**, Amicus Curiae

**Bonta, Christian**, Attorney for Plaintiffs-Appellants

**Boynton, Brian M.**, Attorney for Defendants-Appellees

**Burnham, James**, Attorney for Amici Blockchain Association & DeFi Education Fund

**Coin Center**, Plaintiff-Appellant

**Consovoy McCarthy PLLC**, Attorneys for Plaintiffs-Appellants

**Coogle, Christine L.**, Attorney for Defendants-Appellees

**DeFi Education Fund**, Amicus Curiae

**Department of Treasury**, Defendant-Appellee

**Doe, John**, Plaintiff-Appellant

**Elliott, Stephen M.**, Attorney for Defendants-Appellees

**Evangelista, Alessio**, Attorney for Amicus Curiae Andreessen Horowitz

**Gacki, Andrea M.,** Former Director of the Office of Foreign Assets Control

**Haas, Alexander**, Attorney for Defendants-Appellees

**Harris, Jeffrey M.**, Attorney for Plaintiffs-Appellants

1

**Healy, Christopher**, Attorney for Defendants-Appellees

**Hetzel, Jeffrey S.**, Attorney for Plaintiffs-Appellants

**Hinshelwood, Brad**, Attorney for Defendants-Appellees

**Hoffman, David**, Plaintiff-Appellant

**Jones Day**, Attorneys for Amici Blockchain Association & DeFi Education Fund

**Kelleher, Diane**, Attorney for Defendants-Appellees

**Kinchen, John**, Attorney for Amicus Curiae Bank Policy Institute

**Lea, Brian**, Attorney for Amici Blockchain Association & DeFi Education Fund

**Lehotsky Keller Cohn LLP**, Attorneys for Amicus Paradigm Operations LP

**Liu, Jessie K.**, Attorney for Amicus Andreessen Horowitz

**Office of Foreign Assets Control**, Defendant-Appellee

**Norris, Cameron T.**, Attorney for Plaintiffs-Appellants

**O'Sullivan, Patrick**, Plaintiff-Appellant

**Paradigm Operations LP**, Amicus Curiae

**Sasso, Michael**, Attorney for Plaintiffs-Appellants

**Sasso & Sasso, P.A.**, Attorneys for Plaintiffs-Appellants

**Seira, Rodrigo**, Attorney for Amicus Paradigm Operations LP

**Skadden Arps**, Attorney for Amicus Andreessen Horowitz

**Smith, Bradley T.**, Director of the Office of Foreign Assets Control

**Smyser Kaplan & Veselka LLP**, Attorneys for Amicus Bank Policy Institute

**Sutherland, J. Abraham**, Attorney for Plaintiffs-Appellants

**Swingle, Sharon**, Attorney for Defendants-Appellants

**Wetherell, Hon. T. Kent**, District Court Judge

**Yarger, Katherine**, Attorney for Amicus Paradigm Operations LP

**Yellen, Janet**, Secretary of the Treasury

       /s/ *Brad Hinshelwood*
BRAD HINSHELWOOD
(202) 514-7823
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7256
  Washington, D.C. 20530

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| COIN CENTER, et al.,<br><br>Appellants,<br><br>v.<br><br>SECRETARY U.S. DEPARTMENT OF TREASURY, et al.,<br><br>Appellees. | No. 23-13698 |

**MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b), the government respectfully requests a 45-day extension of time to file its response brief in this case, to March 4, 2024. Appellants do not oppose this request.

1. Under the Court's November 17 briefing order, appellants filed their opening brief in this appeal on December 18, 2023. The government's response brief is currently due on January 17, 2024.

2. The government respectfully requests that the deadline for its response brief be extended by 45 days, to March 4, 2024.

3. The requested extension is necessary because the attorney with primary responsibility for preparing the government's brief, Brad Hinshelwood, will be out of the office over the Christmas and New Year's holidays. In addition, Mr.

1

Hinshelwood is or has been responsible for other matters during the current briefing period, including a response brief in *In re Brunetti*, Fed. Cir. No. 23-1539 (filed December 19, 2023, as extended), and an opening brief in a preliminary injunction appeal in *National Association for Gun Rights v. Garland*, 5th Cir. No. 23-11138 (due January 8, 2024).[1]  Mr. Hinshelwood is also responsible for oral arguments in *In re Application of the New York Times Company*, D.C. Cir. No. 23-5071, and *In re Press Application for Access to Judicial Records*, D.C. Cir. No. 23-5073, both on January 26, and will participate in preparing a reply in the Supreme Court in *Garland v. Cargill*, No. 22-976 (due February 16, 2024).

    4.  We have consulted with counsel for appellants, who have stated that they do not oppose the requested extension.

---

[1] Counsel is concurrently seeking a one-week extension of this deadline to January 16.

2

Respectfully submitted,

SHARON SWINGLE

/s/ *Brad Hinshelwood*
BRAD HINSHELWOOD
(202) 514-7823
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7256
   Washington, D.C.  20530

DECEMBER 2023

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 283 words. The motion also complies with the typeface and type-style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it was prepared using Microsoft Word 2013 in Garamond, 14-point font, a proportionally-spaced typeface.

/s/ *Brad Hinshelwood*
Brad Hinshelwood