**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                       In Replying Give Number
Clerk                                                                                                Of Case and Names of Parties

July 3, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **NOVEMBER 18, 2024, IN MONTGOMERY, ALABAMA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

-------------------------------------------------------------------------------------------------------------------------------
*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.*
*PLEASE REFER TO CALENDAR #3.*

| Case No. | Case Name |
|---|---|
| 23-13379 | Michael Horton v. Captain Gilchrist, et al. |
| 22-10190 | James Stimpson v. Warden |
| 23-11275 | George Metz, II v. D. Bridges, et al. |
| 23-11714 | Kimberly Grippa v. Ronald Rubin |
| 23-10291 | National Labor Relations Board v. Arrmaz Products Inc. |
| 22-10959 | Adam Brooks v. City of Southside, Alabama, et al. |
| 23-11163 | Jonathan Singleton v. Secretary of the Alabama Law Enforcement Agency |
| 21-11643 | Muscogee (Creek) Nation, et al. v. Billy Smith, et al. |
| 23-12692 | Jennifer Williams v. Alabama State University, et al. |
| 23-13714 | Sha'ola Terrell v. Alabama State University, et al. |
| 23-11853 | United States v. Stephen Regis, Jr. |
| 23-11939 | United States v. Alexander Olson |
| 23-13698 | Coin Center, et al. v. Secretary, U.S. Dept. of the Treasury, et al. |
| 23-12708 | Katherine Rudd, et al. v. Branch Banking & Trust Company |
| 23-12417 | Emily Vincent v. ATI Holdings LLC, et al. |
| 23-13178 | Alieda Maron, et al. v. Chief Financial Officer of Florida |