# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Frank M .Johnson, Jr. United States Courthouse<br>**15 Lee Street entrance**<br>Montgomery, Alabama  36104<br>334-954-3790 | HEARING LOCATION<br><br>Courtroom 405<br>Frank M. Johnson, Jr. United States Courthouse<br>One Church Street **(entrance at 15 Lee Street)**<br>MONTGOMERY, ALABAMA<br><br>COURT CONVENES AT 9:00 A.M. (Central Time)<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, NOVEMBER 19, 2024

| | |
|---|---|
| 23-11129 | United States v. Rassan Tarabein, Appellant |
| 23-13698 | Coin Center, et al., Appellants v. Secretary, U.S. Department of the Treasury, et al. |
| 23-10873 | Cherelle Fletcher, Appellant v. City of Madison, et al. |
| 23-10291 | National Labor Relations Board, Petitioner v. Arrmaz Products Inc. |

### WEDNESDAY, NOVEMBER 20, 2024

| | |
|---|---|
| 23-11853 | United States v. Stephen Regis, Jr., Appellant |
| 23-12423 | Dennis Gomas, et al., Appellants v. United States |
| 23-13178 | Alieda Maron, et al., Appellants v. Chief Financial Officer of Florida |
| 23-12417 | Emily Vincent, Appellant v. ATI Holdings LLC, et al. |

### THURSDAY, NOVEMBER 21, 2024

| | |
|---|---|
| 22-10190 | James Stimpson, Appellant v. Warden |
| 23-13379 | Michael Horton, Appellant v. Captain Gilchrist, et al. |
| 23-12692 | Jennifer Williams, Appellant v. Alabama State University |
| 23-13714 | Sha'ola Terrell, Appellant v. Alabama State University, et al. |

### FRIDAY, NOVEMBER 22, 2024

| | |
|---|---|
| 23-11939 | United States v. Alexander Olson, Appellant |
| 23-11275 | George Metz, II, v. D. Bridges, et al., Appellants |
| 23-12578 | Sheryl Glover v. Ocwen Loan Servicing, LLC, Appellant (Consolidated with 23-12579, Cathy Booze v. Ocwen Loan Servicing, LLC, Appellant) |
| 23-11714 | Kimberly Grippa v. Ronald Rubin, Appellant |

ATLANTA, GEORGIA
09/11/24 - #3

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT