# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13698

_____

COIN CENTER,
PATRICK O'SULLIVAN,
JOHN DOE,
DAVID HOFFMAN,

                                                           Plaintiffs-Appellants,

*versus*

SECRETARY, U.S. DEPARTMENT OF THE TREASURY,
U.S. DEPARTMENT OF THE TREASURY,
DIRECTOR OF THE OFFICE OF FOREIGN ASSETS CONTROL,
OFFICE OF FOREIGN ASSETS CONTROL,

                                                           Defendants-Appellees.

_____

2  Order of the Court  23-13698

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:22-cv-20375-TKW-ZCB

_____

ORDER:

Appellee U.S. Department of Treasury is DIRECTED to file a letter brief response to Appellants' supplemental filing on the Fifth Circuit's decision in *Van Loon, et al. v. U.S. Department of Treasury, et al.* (No. 23-50669).

The letter brief response is to be no longer than three (3) pages and to be filed no later than 5 days from the date of this order.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION