*Coin Center v. Secretary U.S. Department of Treasury*, No. 23-13698

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1(a)(3), counsel for appellees certifies that the following have an interest in the outcome of this appeal:

**Andreessen Horowitz**, Amicus Curiae

**Bank Policy Institute**, Amicus Curiae

**Blockchain Association**, Amicus Curiae

**Bonta, Christian**, Attorney for Plaintiffs-Appellants

**Boynton, Brian M.**, Attorney for Defendants-Appellees

**Burnham, James**, Attorney for Amici Blockchain Association & DeFi Education Fund

**Coin Center**, Plaintiff-Appellant

**Consovoy McCarthy PLLC**, Attorneys for Plaintiffs-Appellants

**Coogle, Christine L.**, Attorney for Defendants-Appellees

**DeFi Education Fund**, Amicus Curiae

**Department of Treasury**, Defendant-Appellee

**Doe, John**, Plaintiff-Appellant

**Elliott, Stephen M.**, Attorney for Defendants-Appellees

**Evangelista, Alessio**, Attorney for Amicus Curiae Andreessen Horowitz

**Gacki, Andrea M.,** Former Director of the Office of Foreign Assets Control

**Haas, Alexander**, Attorney for Defendants-Appellees

**Harris, Jeffrey M.**, Attorney for Plaintiffs-Appellants

1

**Healy, Christopher**, Attorney for Defendants-Appellees

**Hetzel, Jeffrey S.**, Attorney for Plaintiffs-Appellants

**Hinshelwood, Brad**, Attorney for Defendants-Appellees

**Hoffman, David**, Plaintiff-Appellant

**Jones Day**, Attorneys for Amici Blockchain Association & DeFi Education Fund

**Kelleher, Diane**, Attorney for Defendants-Appellees

**Kinchen, John**, Attorney for Amicus Curiae Bank Policy Institute

**Lea, Brian**, Attorney for Amici Blockchain Association & DeFi Education Fund

**Lehotsky Keller Cohn LLP**, Attorneys for Amicus Paradigm Operations LP

**Liu, Jessie K.**, Attorney for Amicus Andreessen Horowitz

**Office of Foreign Assets Control**, Defendant-Appellee

**Norris, Cameron T.**, Attorney for Plaintiffs-Appellants

**O'Sullivan, Patrick**, Plaintiff-Appellant

**Paradigm Operations LP**, Amicus Curiae

**Sasso, Michael**, Attorney for Plaintiffs-Appellants

**Sasso & Sasso, P.A.**, Attorneys for Plaintiffs-Appellants

**Seira, Rodrigo**, Attorney for Amicus Paradigm Operations LP

**Skadden Arps**, Attorney for Amicus Andreessen Horowitz

**Smith, Bradley T.**, Director of the Office of Foreign Assets Control

**Smyser Kaplan & Veselka LLP**, Attorneys for Amicus Bank Policy Institute

**Sutherland, J. Abraham**, Attorney for Plaintiffs-Appellants

**Swingle, Sharon**, Attorney for Defendants-Appellants

**Wetherell, Hon. T. Kent**, District Court Judge

**Yarger, Katherine**, Attorney for Amicus Paradigm Operations LP

**Yellen, Janet**, Secretary of the Treasury


    /s/ *Brad Hinshelwood*
BRAD HINSHELWOOD
(202) 514-7823
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7256
  Washington, D.C.  20530

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| COIN CENTER, et al.,<br><br>Appellants,<br><br>v.<br><br>SECRETARY U.S. DEPARTMENT OF TREASURY, et al.,<br><br>Appellees. | No. 23-13698 |

**MOTION FOR EXTENSION OF TIME
TO FILE LETTER RESPONSE**

Pursuant to Federal Rule of Appellate Procedure 26(b), the government respectfully requests a four-day extension of time to file the letter response directed by the Court in this case, to December 13, 2024. Appellants have stated that they take no position on this request and will not file an opposition.

1. Oral argument in this appeal was held on November 20, 2024. On November 26, while the undersigned counsel was out of the office for the Thanksgiving holiday, the Fifth Circuit issued an opinion in a separate challenge to the Department of Treasury action at issue here. *Van Loon, et al. v. U.S. Department of Treasury, et al.* (No. 23-50669). The following day, counsel for appellants submitted a letter advising the Court of the Fifth Circuit's decision pursuant to Federal Rule of Appellate Procedure 28(j).

1

2. On the evening of Monday, December 2, this Court directed appellees to file "a letter brief response to Appellants' supplemental filing" within five days, not to exceed three pages. Order, Dkt. No. 43, at 1 (Dec. 2, 2024). By operation of Federal Rule of Appellate Procedure 26(a)(1), appellees' response is due on Monday, December 9.

3. Appellees respectfully request a four-day extension of time, to and including Friday, December 13, in which to file the ordered response. The requested extension is necessary because the attorney with primary responsibility for preparing appellees' response, Brad Hinshelwood, is responsible for multiple other matters, including oral argument on December 9 in an expedited appeal in *National Association for Gun Rights v. Garland*, No. 24-10707 (5th Cir.). Mr. Hinshelwood is also out of the office for much of the afternoon today (December 3) because of previously scheduled medical appointments. In addition, the extension will allow preparation of the response with adequate time for review by supervisory attorneys and interested governmental components.

4. We have consulted with counsel for appellants, who have stated that they take no position on this request and will not file an opposition.

Respectfully submitted,

SHARON SWINGLE

/s/ *Brad Hinshelwood*

BRAD HINSHELWOOD
(202) 514-7823
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7256
  Washington, D.C. 20530

DECEMBER 2024

# CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 338 words. The motion also complies with the typeface and type-style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it was prepared using Microsoft Word 2013 in Garamond, 14-point font, a proportionally-spaced typeface.

/s/ *Brad Hinshelwood*
Brad Hinshelwood