No. 23-13698

## UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

COIN CENTER, ET AL.,

*Plaintiffs-Appellants*,

v.

SECRETARY, U.S. DEPARTMENT OF THE TREASURY,

*Defendants-Appellees*,

———————

Appeal from the United States District Court for the Northern District of Florida,
T. Kent Wetherell II, U.S. District Judge
No. 3:22-cv-20375

———————

**TIME SENSITIVE, UNOPPOSED MOTION TO AMEND MOTION OF BRIAN C. LEA TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE BLOCKCHAIN ASSOCIATION**

———————

| | |
|---|---|
| Mark W. Rasmussen<br>JONES DAY<br>2727 N. Harwood St., Ste. 500<br>Dallas, TX 75201<br>(214) 220-3939 | Brian C. Lea<br>  *Counsel of Record*<br>JONES DAY<br>1221 Peachtree St., N.E., Ste. 400<br>Atlanta, GA 30361<br>(404) 521-3939<br>blea@jonesday.com |
| Eric Tung<br>JONES DAY<br>555 S. Flower St., Fiftieth Floor<br>Los Angeles, CA 90071<br>(213) 489-3939 | |

*Counsel for* Amicus Curiae

No. 23-13698
*Coin Center v. Sec'y, U.S. Dep't of the Treasury*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, 26.1-2, and 26.1-3, the Blockchain Association states that it is a nonprofit organization organized under the laws of the District of Columbia. It has no parent corporation and no publicly held company owns ten percent or more of its stock. The Blockchain Association provides the following list of interested persons and Corporate Disclosure Statement:

1. **Andreessen Horowitz**, *Amicus Curiae*
2. **Bank Policy Institute**, *Amicus Curiae*
3. **Blockchain Association**, *Amicus Curiae*
4. **Bonta, Christian**, Attorney for Plaintiffs-Appellants
5. **Boynton, Brian M.**, Attorney for Defendants-Appellees
6. **Burnham, James**, Attorney for Amici Blockchain Association & DeFi Education Fund
7. **Coin Center**, Plaintiff-Appellant
8. **Consovoy McCarthy PLLC**, Attorneys for Plaintiffs-Appellants
9. **Coogle, Christine L.**, Attorney for Defendants-Appellees
10. **DeFi Education Fund**, *Amicus Curiae*
11. **Department of Treasury**, Defendant-Appellee

12. **Doe, John**, Plaintiff-Appellant

13. **Elliott, Stephen M.**, Attorney for Defendants-Appellees

14. **Evangelista, Alessio**, Attorney for *Amicus Curiae* Andreessen Horowitz

15. **Gacki, Andrea M.**, Former Director of the Office of Foreign Assets Control

16. **Haas, Alexander**, Attorney for Defendants-Appellees

17. **Harris, Jeffrey M.**, Attorney for Plaintiffs-Appellants

18. **Healy, Christopher**, Attorney for Defendants-Appellees

19. **Hetzel, Jeffrey S.**, Attorney for Plaintiffs-Appellants

20. **Hinshelwood, Brad**, Attorney for Defendants-Appellees

21. **Hoffman, David**, Plaintiff-Appellant

22. **Jones Day**, Counsel for *Amicus Curiae* Blockchain Association

23. **Kelleher, Diane**, Attorney for Defendants-Appellees

24. **Kinchen, John**, Attorney for Amicus Curiae Bank Policy Institute

25. **Lea, Brian C.**, Counsel for *Amicus Curiae* Blockchain Association

26. **Lehotsky Keller Cohn LLP**, Attorneys for Amicus Paradigm Operations LP

27. **Liu, Jessie K.**, Attorney for Amicus Andreessen Horowitz

28. **Office of Foreign Assets Control**, Defendant-Appellee

29. **Norris, Cameron T.**, Attorney for Plaintiffs-Appellants

30. **O'Sullivan, Patrick**, Plaintiff-Appellant

31. **Paradigm Operations LP**, Amicus Curiae

32. **Rasmussen, Mark W.**, Counsel for *Amicus Curiae* Blockchain Association

33. **Sasso, Michael**, Attorney for Plaintiffs-Appellants

34. **Sasso & Sasso, P.A.**, Attorneys for Plaintiffs-Appellants

35. **Seira, Rodrigo**, Attorney for Amicus Paradigm Operations LP

36. **Skadden Arps**, Attorney for Amicus Andreessen Horowitz

37. **Smith, Bradley T.**, Director of the Office of Foreign Assets Control

38. **Tung, Eric**, Counsel for *Amicus Curiae* Blockchain Association

39. **Smyser Kaplan & Veselka LLP**, Attorneys for Amicus Bank Policy Institute

40. **Sutherland, J. Abraham**, Attorney for Plaintiffs-Appellants

41. **Swingle, Sharon**, Attorney for Defendants-Appellants

42. **Wetherell, Hon. T. Kent**, District Court Judge

43. **Yarger, Katherine**, Attorney for Amicus Paradigm Operations LP

44. **Yellen, Janet**, Secretary of the Treasury

45. **Zhang, Alexis**, Counsel for *Amicus Curiae* Blockchain Association

No. 23-13698
*Coin Center v. Sec'y, U.S. Dep't of the Treasury*

January 24, 2025                                        */s/ Brian C. Lea*
                                                        *Counsel for* Amicus Curiae

C-4

**TIME-SENSITIVE, UNOPPOSED MOTION TO AMEND MOTION OF BRIAN C. LEA TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE BLOCKCHAIN ASSOCIATION**

Amicus Curiae Blockchain Association ("Blockchain") counsel BRIAN C. LEA respectfully moves for leave to amend his time sensitive motion to withdraw as counsel for Blockchain in this case. The proposed Time Sensitive Amended, Unopposed Motion of Brian C. Lea To Withdraw As Counsel for Amicus Curiae Blockchain Association is attached to this Motion. In support of this Motion, Mr. Lea states as follows:

1. On January 21, 2025, Mr. Lea filed a Time Sensitive Motion of Brian C. Lea to Withdraw as Counsel for Amicus Curiae Blockchain Association because on January 29 he will be leaving the law offices of Jones Day to pursue a new opportunity.

2. On January 24, 2025, this Court's Clerk's Office informed Mr. Lea that the Court would not decide his Time Sensitive Motion to Withdraw as Counsel for Amicus Curiae Blockchain Association until after expiration of the time in which an opposition to that Motion—i.e., January 31. Fed. R. App. P. 27(a)(3)(A). The Clerk's Office stated that to receive an earlier ruling—a ruling before Mr. Lea's departure from Jones Day—it would be necessary to move to amend the Time Sensitive Motion to Withdraw to reflect that it is unopposed, attaching the proposed Time Sensitive Amended, Unopposed Motion of Brian C. Lea To Withdraw As

5

Counsel for Amicus Curiae Blockchain Association.

3. Mr. Lea accordingly files this Time Sensitive, Unopposed Motion to Amend Motion of Brian C. Lea to Withdraw as Counsel for Amicus Curiae Blockchain Association, attaching the proposed Time Sensitive Amended, Unopposed Motion of Brian C. Lea To Withdraw As Counsel for Amicus Curiae Blockchain Association.

4. No party objects to the relief requested in this Motion. Nor does amicus curiae Andreessen Horowitz object to the relief requested in this Motion.

WHEREFORE, BRIAN C. LEA respectfully requests that this Court (1) grant him leave to amend his Time Sensitive Motion to Withdraw as Counsel for Amicus Curiae Blockchain Association, (2) deem filed the attached Time Sensitive Amended, Unopposed Motion of Brian C. Lea To Withdraw As Counsel for Amicus Curiae Blockchain Association.

Dated: January 24, 2025

Mark W. Rasmussen
JONES DAY
2727 N. Harwood St., Ste. 500
Dallas, TX 75201
(214) 220-3939

Eric Tung
  *Counsel of Record*
JONES DAY
555 S. Flower St., Fiftieth Floor
Los Angeles, CA 90071
(213) 489-3939

*/s/ Brian C. Lea*
Brian C. Lea
  *Counsel of Record*
JONES DAY
1221 Peachtree St., N.E., Ste. 400
Atlanta, GA 30361
(404) 521-3939
blea@jonesday.com

*Counsel for* Amicus Curiae

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 331 words. The motion also complies with the typeface and typestyle requirements of Rule 32(a)(5) and Rule 32(a)(6) because it was prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated:  January 24, 2025                         */s/ Brian C. Lea*
                                                 Brian C. Lea

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, the foregoing was electronically filed with the Clerk of Court using the Appellate PACER system, which automatically serves e-mail notification of such filings to the attorneys of record who are registered participants in the Court's electronic notice and filing system and each of whom may access this filing via the Court's Appellate PACER system.

Dated: January 24, 2025  /s/ Brian C. Lea
Brian C. Lea
*Counsel for* Amicus Curiae