IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

COIN CENTER, *et al.*,

        Plaintiffs-Appellants,

        v.

SECRETARY, U.S. DEPARTMENT OF THE
TREASURY, *et al.*,

        Defendants-Appellees.

No. 23-13698

**CONSENT MOTION TO EXTEND ABEYANCE FOR 31 DAYS**

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants-Appellees the Secretary of the U.S. Department of the Treasury, et al., certify that the following have an interest in the outcome of this appeal:

**Andreessen Horowitz**, Amicus Curiae

**Bank Policy Institute**, Amicus Curiae

**Bessent, Scott**, Secretary of the Treasury

**Blockchain Association**, Amicus Curiae

**Bonta, Christian**, Attorney for Plaintiffs-Appellants

**Boynton, Brian M.**, Attorney for Defendants-Appellees

**Burnham, James**, Attorney for Amici Blockchain Association & DeFi Education Fund

**Coin Center**, Plaintiff-Appellant

**Consovoy McCarthy PLLC**, Attorneys for Plaintiffs-Appellants

**Coogle, Christine L.**, Attorney for Defendants-Appellees

**DeFi Education Fund**, Amicus Curiae

**Department of Treasury**, Defendant-Appellee

**Doe, John**, Plaintiff-Appellant

**Elliott, Stephen M.**, Attorney for Defendants-Appellees

**Evangelista, Alessio**, Attorney for Amicus Curiae Andreessen Horowitz

**Gacki, Andrea M.,** Former Director of the Office of Foreign Assets Control

**Haas, Alexander**, Attorney for Defendants-Appellees

**Harris, Jeffrey M.**, Attorney for Plaintiffs-Appellants

**Healy, Christopher**, Attorney for Defendants-Appellees

**Hetzel, Jeffrey S.**, Attorney for Plaintiffs-Appellants

**Hinshelwood, Brad**, Attorney for Defendants-Appellees

**Hoffman, David**, Plaintiff-Appellant

**Jones Day**, Attorneys for Amici Blockchain Association & DeFi Education Fund

**Kelleher, Diane**, Attorney for Defendants-Appellees

**Kinchen, John**, Attorney for Amicus Curiae Bank Policy Institute

**Lea, Brian**, Attorney for Amici Blockchain Association & DeFi Education Fund

**Lehotsky Keller Cohn LLP**, Attorneys for Amicus Paradigm Operations LP

**Liu, Jessie K.**, Attorney for Amicus Andreessen Horowitz

**Office of Foreign Assets Control**, Defendant-Appellee

**Norris, Cameron T.**, Attorney for Plaintiffs-Appellants

**O'Sullivan, Patrick**, Plaintiff-Appellant

**Paradigm Operations LP**, Amicus Curiae

**Sasso, Michael**, Attorney for Plaintiffs-Appellants

**Sasso & Sasso, P.A.**, Attorneys for Plaintiffs-Appellants

**Seira, Rodrigo**, Attorney for Amicus Paradigm Operations LP

**Skadden Arps**, Attorney for Amicus Andreessen Horowitz

**Smith, Bradley T.**, Director of the Office of Foreign Assets Control

**Smyser Kaplan & Veselka LLP**, Attorneys for Amicus Bank Policy Institute

**Sutherland, J. Abraham**, Attorney for Plaintiffs-Appellants

**Swingle, Sharon**, Attorney for Defendants-Appellants

**Wetherell, Hon. T. Kent**, District Court Judge

**Yarger, Katherine**, Attorney for Amicus Paradigm Operations LP

**Yellen, Janet**, Former Secretary of the Treasury

/s/ Brad Hinshelwood
BRAD HINSHELWOOD

Pursuant to Federal Rule of Appellate Procedure 27, the United States respectfully moves to hold this appeal in abeyance for a further 31 days—that is, until April 21, 2025.  Plaintiffs consent to the relief requested in this motion.

1.      This appeal arises from the decision of the Office of Foreign Assets Control, a component of the Department of the Treasury, to designate the Tornado Cash entity pursuant to Executive Orders 13,694 (relating to certain cyber activities that threaten the United States) and 13,722 (relating to North Korea's nuclear and missile programs).

2.      The Court heard oral argument in this appeal on November 19, 2024. The Court has not yet issued a decision.

3.      On March 4, 2025, the government requested that this appeal be placed in abeyance until March 21, 2025, to allow new agency officials sufficient time for consultation and consideration.  This Court granted the government's motion.

4.      On March 21, 2025, the Department of the Treasury exercised its "discretion to remove the economic sanctions against Tornado Cash" that gave rise to this litigation.  *Tornado Cash Delisting*, U.S. Dep't of the Treas. (Mar. 21, 2025), https://home.treasury.gov/news/press-releases/sb0057; *see Cyber-related Designation Removal; North Korea Designation Update and Removal*, Office of Foreign Assets Control (Mar. 21, 2025), https://ofac.treasury.gov/recent-actions/20250321.

5.      The government respectfully requests that the Court keep this appeal in

abeyance for a further 31 days so the government may consult with plaintiffs about

next steps in this litigation.  Plaintiffs have authorized us to state that they consent to

the relief requested in this motion.

<div style="margin-left: auto;">

Respectfully submitted,

SHARON SWINGLE

*/s/ Brad Hinshelwood*

BRAD HINSHELWOOD
 (202) 353-6880
 Attorneys, Appellate Staff
 Civil Division
 U.S. Department of Justice
 950 Pennsylvania Ave., N.W.
 Room 7256
 Washington, D.C. 20530
 *Counsel for the United States*

</div>

MARCH 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 254 words according to the count of Microsoft Word.

*/s/ Brad Hinshelwood*
BRAD HINSHELWOOD