# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13698

_____

COIN CENTER,
PATRICK O'SULLIVAN,
JOHN DOE,
DAVID HOFFMAN,

                                                        Plaintiffs-Appellants,

*versus*

SECRETARY, U.S. DEPARTMENT OF THE TREASURY,
U.S. DEPARTMENT OF THE TREASURY,
DIRECTOR OF THE OFFICE OF FOREIGN ASSETS CONTROL,
OFFICE OF FOREIGN ASSETS CONTROL,

                                                        Defendants-Appellees.

| | | |
|---|---|---|
| 2 | Order of the Court | 23-13698 |

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:22-cv-20375-TKW-ZCB

_____

ORDER:

The consent motion to hold the appeal in abeyance until April 21, 2025, is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION